UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Civil Action No.: 2:21-CV-03971-RMG

| | |
|---|---|
| Whittney Nicholson,<br><br>       Plaintiff,<br>v.<br><br>American Landmark Management, LLC,<br><br>       Defendant. | **STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

It is hereby stipulated between the parties to this action that this case be and hereby is dismissed, discontinued, and forever ended with prejudice pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure,* with each party to bear their own attorney's fees and costs.

| | |
|---|---|
| WIGGER LAW FIRM | TURNER PADGET GRAHAM & LANEY, P.A. |
| s/Julian A. Ferguson<br>Julian A. Ferguson, Fed. ID No.: 13044<br>8086 Rivers Ave., Suite A<br>N. Charleston, SC 29406<br>Telephone: (843) 553-9800<br>Email: jferguson@wiggerlawfirm.com | s/John S. Wilkerson<br>John S. Wilkerson, III, Fed. ID No.: 4657<br>P.O. Box 22129<br>Charleston, South Carolina 29413<br>Telephone: (843) 576-2801<br>Email: jwilkerson@turnerpadget.com |
| ATTORNEYS FOR PLAINTIFF | Alejandro I. Leiva (*admitted PHV*)<br>GREENSPOON MARDER LLP<br>2255 Glades Road, Suite 400E<br>Boca Raton, FL 33431<br>Telephone: (561) 322-2975<br>Email: alex.leiva@gmlaw.com<br><br>ATTORNEYS FOR DEFENDANT |

April 10, 2023